**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric Leon REEVES, Defendant–**
**Appellant.**

No. 06–16284
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 6, 2007.

Roland Falcon, Law Office of Roland Falcon, Jacksonville, FL, for Defendant–Appellant.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Before ANDERSON, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for Eric Reeves in this direct criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** Reeves's conviction is **AFFIRMED,** Reeves's sentencing appeal is **DISMISSED,** and Reeves's motion for appointment of counsel is **DENIED AS MOOT.**